RECEIVED
IN LAKE CHARLES, LA.

NOV 19 2012

TONY R. MOORE, CLERK
BY _____ /PAP
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SEYBA DIALLO** | : | DOCKET NO. 2:12-CV-0812-PM-KK<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| **JOE P. YOUNG, ET AL** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 25] and after an independent review of the record, and a *de novo* determination of the issues, and having determined that the findings are correct under applicable law; it is

ORDERED that the respondent's motion to dismiss [Doc. 16] be GRANTED;

IT IS FURTHER ORDERED that the petition for writ of *habeas corpus* be DISMISSED without prejudice;

IT IS FURTHER ORDERED that the petitioner's motion to hold case in abeyance or alternatively, motion for extension of time to file response to the government's response [Doc. 24] be DENIED as MOOT.

Lake Charles, Louisiana, this __16__ day of November, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE